Steven Goodwill, Utah State Bar 7865, *Admission pro hac vice pending*
Ruben H. Arredondo, Utah State Bar 9936, *Admission pro hac vice pending*
WESTERN ELECTRICITY COORDINATING COUNCIL
155 North 400 West, Ste. 200
Salt Lake City, UT 84103-114
Tel: 801-819-7674
E-mail: sgoodwill@wecc.biz; rarredondo@wecc.biz

Christopher T. Ellison, California State Bar 76325
ELLISON, SCHNEIDER & HARRIS
2600 Capitol Avenue, Suite 400
Sacramento, CA 95816-5905
Tel: 916-447-2166
E-mail: cte@eslawfirm.com

*Attorneys for Defendant Western Electricity Coordinating Council (WECC)*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY CO.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN DIEGO GAS & ELECTRIC COMPANY; ARIZONA PUBLIC SERVICE COMPANY; PINNACLE WEST CAPITAL CORPORATION; IMPERIAL IRRIGATION DISTRICT FINANCING CORPORATION; WESTERN ELECTRICITY COORDINATING COUNCIL; CALIFORNIA INDEPENDENT SYSTEM OPERATOR and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 12cv2201 CAB BGS<br><br>**ANSWER OF DEFENDANT WESTERN ELECTRICITY COORDINATING COUNCIL (WECC)**<br><br>Hon. Marilyn L. Huff<br>U.S. Magistrate Karen S. Crawford |

COMES NOW, defendant WESTERN ELECTRICITY COORDINATING COUNCIL (WECC) by and through its counsel of record and answers the numbered averments of the Complaint filed in this matter as follows:

1. This paragraph contains conclusions of law that do not require a response. To the extent this paragraph makes any factual averments, defendant lacks sufficient information to either

1  admit or deny the averments and therefore denies them.
2. This paragraph contains conclusions of law that do not require a response.  To the extent this paragraph makes any factual averments, defendant lacks sufficient information to either admit or deny the averments and therefore denies them.
3. This paragraph contains conclusions of law that do not require a response.  To the extent this paragraph makes any factual averments, defendant lacks sufficient information to either admit or deny the averments and therefore denies them.
4. Admit that defendant San Diego Gas and Electric (SDG&E) supplied electricity for parts of San Diego County.  To the extent this paragraph makes any factual averments, defendant lacks sufficient information to either admit or deny the averments and therefore denies them.
5. Admit.
6. Admit.
7. Admit.
8. Admit.
9. Defendant lacks sufficient information to either admit or deny any averments in this paragraph regarding the plaintiff's knowledge of Does 1 through 20 and therefore denies such averments.  Defendant denies the remainder of the averments.
10. Deny.
11. Admit this Court has jurisdiction.  The Electric Consumers Protection Act and Energy Policy Acts of 2005 and 1992 speak for themselves.  Deny the remainder of the averments.
12. This paragraph contains conclusions of law that do not require a response.  To the extent this paragraph makes any factual averments, defendant lacks sufficient information to either admit or deny the averments and therefore denies them.
13. Admit that venue is proper in this District.
14. Deny.
15. Deny.
16. Deny.
17. Deny.

18. Defendant lacks sufficient information to either admit or deny any averments in this paragraph regarding the actions of National City and therefore denies such averments. Defendant denies the remainder of the averments.

19. Defendant lacks sufficient information to either admit or deny any averments in this paragraph and therefore denies them.

20. Deny that any demand for payment has been made to defendant WECC. Deny the remainder of the averments.

FIRST CAUSE OF ACTION

NEGLIGENCE-PUBLIC ENTITY LIABILITY

21. Defendant incorporates its responses to paragraphs 1-18 of the Complaint, as if set forth here.

22. Deny.

23. California Government Code § 830.6 speaks for itself.  Deny the remainder of the averments.

24. Deny.

25. Deny.

26. Deny that plaintiff served upon defendant or otherwise provided defendant a copy of the plaintiff's Complaint or First Amended Complaint in *Busalacchi*, *et al v. Arizona Public Service Company, et al*, Case No. 12-CV-00298-H.  Therefore, defendant lacks sufficient information to either admit or deny the averments in that complaint and denies each and every averment of any complaint in that matter.

27. California Government Code § 905 speaks for itself. Defendant lacks sufficient information to either admit or deny the averments in this paragraph and therefore denies them.

28. Defendant lacks sufficient information to either admit or deny the averments in this paragraph and therefore denies them.

29. Deny that any demand for payment has been made upon defendant WECC. Deny the remainder of the averments.

SECOND CAUSE OF ACTION

CONVERSION

30. Defendant incorporates its responses to paragraphs 1-30 of the Complaint, as if set forth here.

31. Defendant lacks sufficient information to either admit or deny any averments in this paragraph and therefore denies them.

32. Deny.

   31. (sic). Deny.

   32. (sic) Deny.

   33. (sic) Deny that any demand for payment has been made to defendant WECC. Defendant lacks sufficient information to either admit or deny any further averments in this paragraph and therefore denies them.

SECOND CAUSE OF ACTION (SIC)

UNLAWFUL BUSINESS PRACTICE UNDER CALIFORNIA BUS.& PROF. CODE 17200

   34. Defendant incorporates its responses to all previous paragraphs of the Complaint, as if set forth here.

   31. (sic) Defendant lacks sufficient information to either admit or deny any averments in this paragraph and therefore denies them.

   32. (sic) Deny that plaintiff served upon defendant or otherwise provided defendant a copy of the plaintiff's Complaint or First Amended Complaint in *Busalacchi, et al v. Arizona Public Service Company, et al*, Case No. 12-CV-00298-H. Therefore, defendant lacks sufficient information to either admit or deny the averments in that Complaint and denies each and every allegation of that complaint. Deny that this Court has made any rulings finding that the instant action is a valid cause of action as alleged by the plaintiff. Defendant was not provided with any copy of the Federal Nuclear and Regulatory Commission report identified by the plaintiff nor provided with any motion to dismiss made by any party in this or a related matter. Therefore, defendant lacks sufficient information to either admit or deny any averments related to such report or motion to dismiss, and denies each and every allegation of any complaint filed in that matter. Defendant denies the remaining averments.

   33. (sic) Deny.

////

## FIRST DEFENSE

The Complaint fails to state a claim against the defendant upon which relief may be granted.

## SECOND DEFENSE

The Complaint is uncertain, vague and ambiguous.

## THIRD DEFENSE

Plaintiff's claims alleged in the Complaint are barred by the applicable statutes of limitations.

## FOURTH DEFENSE

The Complaint, and each of its alleged causes of action, is barred, in whole or in part, by the doctrine of waiver.

## FIFTH DEFENSE

The Complaint, and each of its alleged causes of action, is barred, in whole or in part, by the doctrine of estoppel.

## SIXTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by its own comparative fault.

## SEVENTH DEFENSE

To the extent that plaintiff suffered injury or damage, which defendant WECC denies, such injury or damage was caused by the action, conduct, and/or omission of others, not of defendant WECC.

## EIGHT DEFENSE

Defendant WECC denies that plaintiff has suffered any injury or damage, and further denies that defendant WECC is liable to plaintiff for any injury or damage claimed for any injury or damage whatsoever.

## NINTH DEFENSE

The Complaint, and each of its alleged causes of action, is barred, in whole or in part, by the doctrine of laches.

////

TENTH DEFENSE

To the extent that plaintiff suffered the damages alleged, those damages should be reduced because of plaintiff's failure to mitigate damages.

ELEVENTH DEFENSE

As discovery progresses, defendant WECC reserves the right to assert other defenses.

WHEREFORE, defendant WECC, prays the Court grant the following relief:

1. Deny the relief requested by the plaintiff in all its particulars;

2. Award defendant WECC reasonable attorneys' fees and costs of suit accrued; and

3. For such further and other relief as the Court deems just and proper.

Dated: October 16, 2012

   /s/ Ruben H. Arredondo
RUBEN H. ARREDONDO
WECC

   /s/ Steven Goodwill
STEVEN GOODWILL
WECC

   /s/ Christopher T. Ellison
Ellison, Schneider & Harris

*Attorneys for Defendant WECC*
*Email: cte@eslawfirm.com*

CERTIFICATE OF SERVICE

I certify that on this October 16, 2012, I caused the foregoing ANSWER to be electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Dennis A. Cammarano (E-filer):  dcammarano@camlegal.com

   /s/ Christopher T. Ellison
Ellison, Schneider & Harris
*Attorney for Defendant WECC*

Steven Goodwill, Utah State Bar 7865 , *Admission pro hac vice pending*
Ruben H. Arredondo, Utah State Bar 9936, *Admission pro hac vice pending*
WESTERN ELECTRICITY COORDINATING COUNCIL
155 North 400 West, Ste. 200
Salt Lake City, UT 84103-114
Tel: 801-819-7674
E-mail: sgoodwill@wecc.biz; rarredondo@wecc.biz

Christopher T. Ellison
ELLISON, SCHNEIDER & HARRIS
2600 Capitol Avenue, Suite 400
Sacramento, CA 95816-5905
Tel: 916-447-2166
E-mail: cte@eslawfirm.com

*Attorneys for Defendant Western Electricity Coordinating Council (WECC)*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STARR INDEMNITY & LIABILITY CO., | ) ) | Case No. 12cv2201 CAB BGS |
| Plaintiff, | ) ) ) | **DECLARATION OF SERVICE** |
| v. | ) ) | |
| SAN DIEGO GAS & ELECTRIC COMPANY; ARIZONA PUBLIC SERVICE COMPANY; PINNACLE WEST CAPITAL CORPORATION; IMPERIAL IRRIGATION DISTRICT FINANCING CORPORATION; WESTERN ELECTRICITY COORDINATING COUNCIL; CALIFORNIA INDEPENDENT SYSTEM OPERATOR and DOES 1 through 10, inclusive, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Hon. Marilyn L. Huff U.S. Magistrate Karen S. Crawford |

|   |   |
|---|---|
| 1 | I, Kari Kallin, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action, and that I served a copy of defendant WECC's ANSWER on the plaintiff at the following address: |

I, Kari Kallin, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action, and that I served a copy of defendant WECC's ANSWER on the plaintiff at the following address:

Dennis A. Cammarano
Jeremy B. Gard
CAMMARANO LAW GROUP
555 East Ocean Boulevard, Ste. 501
Long Beach, California 90802

I caused the ANSWER to be mailed on October _16_, 2012, via FedEx, with a delivery date of October 17, 2012.

Dated this _16_ day of October, 2012.

_/s/ Kari Kallin_
Kari Kallin

{00097421;1}                                    2
Declaration of Service                                              12cv2201