DENNIS A. CAMMARANO/BAR NO. 123662
CAMMARANO LAW GROUP
555 East Ocean Boulevard, Suite 501
Long Beach, California  90802
Telephone: (562) 495-9501
Facsimile:  (562) 495-3674

Attorneys for Plaintiff,
STARR INDEMNITY & LIABILITY CO.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY CO. | Case No.: 3:12-cv-02201-H-KSC |
| Plaintiff, | **STIPULATION TO DISMISS DEFENDANTS SAN DIEGO GAS & ELECTRIC COMPANY AND WESTERN ELECTRICITY COORDINATING COUNCIL** |
| v. | |
| SAN DIEGO GAS & ELECTRIC COMPANY; ARIZONA PUBLIC SERVICE COMPANY; PINNACLE WEST CAPITAL CORPORATION; IMPERIAL IRRIGATION DISTRICT FINANCING CORPORATION; WESTERN ELECTRICITY COORDINATING COUNCIL; CALIFORNIA INDEPENDENT SYSTEM OPERATOR and DOES 1 through 10, inclusive | |
| Defendants. | |

Plaintiff STARR INDEMNITY & LIABILITY CO. ("STARR") and

appearing Defendants, SAN DIEGO GAS & ELECTRIC COMPANY ("SDG&E")

and WESTERN ELECTRICITY COORDINATING COUNCIL ("WECC"),

through their respective attorneys of record and subject to the approval of the

Court, stipulate as follows:

///

///

///

1    That the Complaint of STARR be dismissed as against Defendants SDG&E

2  and WECC only, with prejudice, pursuant to Federal Rule of Civil Procedure 41,

3  with each party bearing it's own attorney's fees and costs.

4

5  Dated: March 6, 2014                    CAMMARANO LAW GROUP

6

7                                          By:   s/Dennis A. Cammarano
                                                 Dennis A. Cammarano
8                                                Attorney for Plaintiff,
                                                 STARR INDMENITY &
9                                                LIABILITY CO.
                                                 3162stip to dismiss SDG&E and WECC.wpd
10

11 Dated: March 6, 2014                    PEREZ & WILSON LLP

12
                                           By:   s/Michael Perez
13                                               Michael Perez
                                                 Attorney for Defendant,
14                                               SAN DIEGO GAS &
                                                 ELECTRIC COMPANY
15

16
   Dated: March 12, 2014                   ELLISON, SCHNEIDER & HARRIS
17

18
                                           By:   s/Christopher T. Ellison
19                                               Christopher T. Ellison
                                                 Attorney for Defendant,
20                                               WESTERN ELECTRICITY
                                                 COORDINATING COUNCIL
21

22

23

24

25

26

27

28