**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STARR INDEMNITY & LIABILITY CO., <br><br> Plaintiff, <br><br> vs. <br><br> SAN DIEGO GAS & ELECTRIC COMPANY; ARIZONA PUBLIC SERVICE COMPANY; PINNACLE WEST CAPITAL CORPORATION; IMPERIAL IRRIGATION DISTRICT FINANCING CORPORATION; WESTERN ELECTRICITY COORDINATING COUNCIL; CALIFORNIA INDEPENDENT SYSTEM OPERATOR; and DOES 1 through 10, inclusive, <br><br> Defendant. | CASE NO. 12-cv-2201-H (KSC) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANTS SAN DIEGO GAS & ELECTRIC COPMANY AND WESTERN ELECTRICITY COORDINATING COUNCIL** <br><br> [Doc. No. 36.] |

On September 10, 2012, Plaintiff Starr Indemnity & Liability Co. filed a complaint. (Doc. No. 1.) On March 13, 2014, Plaintiff Starr Indemnity & Liability Co. and Defendants San Diego Gas & Electric Company ("SDG&E") and Western Electricity Coordinating Council ("WECC") filed a joint motion to dismiss Defendants SDG&E and WECC with prejudice. (Doc. No. 36.)

///

///

1 | The Court, for good cause shown, grants the parties' joint motion and dismisses defendants SDG&E and WECC from the action with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: March 24, 2013

Marilyn L. Huff, District Judge
UNITED STATES DISTRICT COURT